# Third District Court of Appeal

## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-566
Lower Tribunal No. 11-84-A-P

————————

**Alexis Hernandez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Luis Garcia, Judge.

Alexis Hernandez, in proper person.

Ashley Moody, Attorney General, and Michael W. Mervine, Chief Assistant Attorney General, for appellee.

Before EMAS, SCALES, and MILLER, JJ.

PER CURIAM.

Affirmed.